UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUN 0 3 2011

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

Per _____
DEPUTY CLERK

## PETITION

I, _Courtney Angeli_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _Buchanan Angeli Altschul + Sullivan, 321 SW 4th Ave., Suite 600, Portland, OR 97204_

Office Telephone: _#503-974-5015_

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of Oregon (Admitted: 5/2/94)
State Bar of Washington (Admitted: 4/9/98)
State Bar of Alaska (Admitted: 3/1/09)
USDC- Oregon (Admitted: 9/19/94)
USDC- Western District of Washington (Admitted: 4/26/04)
USDC- Eastern District of Washington (Admitted: 2/19/02)
US Court of Appeals- 9th Circuit (Admitted: 12/15/10)
Federal Court of Claims (Admitted: 1/26/95)

My attorney Identification number is: _OSB # 941765_

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
    ___U.S. DISTRICT JUDGE   ___U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED _____   Date: _____
    ___U.S. DISTRICT JUDGE   ___U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".) *None*

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ____, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: ____

I am seeking:

____ General Admission under Local Rule LR 83.8.1

✓ Special Admission (specify by a check which rule) under

LR 83.8.2.1 ✓, LR 83.8.2.2 ____, LR 83.8.2.3 ____, or LR 83.8.2.4 ____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows: *Lead Counsel*

NAME THE PARTY YOU REPRESENT:

*JELD-WEN, Inc.*

If special admission is requested for a particular case, please list case number and caption:

Case # *11-CV-00895-JMM*

Caption # *Matthew J. Murray v. JELD-WEN, Inc.*

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

_Marianne J. Gilmartin, Stevens & Lee PC_
_425 Spruce St., Suite 300, Scranton, PA 18503_
_Phone # (570) 969-5362, PA Att. ID # 47591_

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_Courtney Angeli_
PETITIONER

_#941765, Oregon_
(Bar Identification Number and State where admitted)

_6/1/2011_
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER _____

```
Court Name: District Court
Division: 3
Receipt Number: 333018801
Cashier ID: tscott
Transaction Date: 06/03/2011
Payer Name: BUCHANAN ANGELI
--------------------------------
PRO HOC VICE
 For: ROBIN BOWERFIND
 Case/Party: D-PAM-3-11-PB-000001-001
 Amount:        $50.00
PRO HOC VICE
 For: COURTNEY ANGELI
 Case/Party: D-PAM-3-11-PB-000001-001
 Amount:        $50.00
--------------------------------
CHECK
 Check/Money Order Num: 3181
 Amt Tendered:  $100.00
--------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00
```

Only when bank clears the check or verifies credit of funds is the fee or debit officially paid or discharged. A $45.00 fee will be charged for returned checks.