Courtney Angeli, OSB No. 941765 *(admitted pro hac vice)*
Robin Bowerfind, OSB No. 035949
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 974-5015
Facsimile: (971) 230-0337
E-mail: courtney@baaslaw.com

Marianne J. Gilmartin
STEVENS & LEE, P.C.
425 Spruce Street, Suite 300
Scranton, PA 18503
Telephone: (570) 969-5362
Facsimile: (570) 343-1892
E-mail: mjg@stevenslee.com

      Attorneys for Defendant JELD-WEN, inc.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MATTHEW J. MURRAY**, | |
|     Plaintiff, | Case No. 11-CV-00895-JMM |
| v. | |
| **JELD-WEN, INC.**, | **DEFENDANT JELD-WEN, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|     Defendant. | |

**<u>MOTION</u>**

Pursuant to FRCP 56, defendant JELD-WEN, inc. moves for partial summary judgment on the issue of damages as to all of plaintiff's claims:

Count One- Family Medical Leave Violation – Interference

Count Two – Family Medical Leave Violation – Unlawful Termination

Count Three – Family Medical Leave Violation - Retaliation


Dated: January 18, 2012	BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP


   s/ Courtney Angeli
Courtney Angeli, OSB No. 941765
Robin Bowerfind, OSB No. 035949
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
503-974-5015
971-230-0337 (fax)
E-mail: courtney@baaslaw.com

Marianne J. Gilmartin
STEVENS & LEE, P.C.
425 Spruce Street, Suite 300
Scranton, PA 18503
Telephone: (570) 969-5362
Facsimile: (570) 343-1892
E-mail: mjg@stevenslee.com

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT JELD-WEN, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT on the following named person on the date indicated below by:

☐ Mailing with postage prepaid

☐ Hand delivery

☐ Facsimile transmission

**X** CM/ECF filing

☐ Electronic mailing

Theodore R. Laputka, Jr.
19 East Broad Street
Hazleton, PA 18201
(570) 459-0800
*salmon@hazleton.net*

Attorneys for Plaintiff

Dated: January 18, 2012

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

  s/ Courtney Angeli
  Courtney Angeli, OSB No. 941765
  Robin Bowerfind, OSB No. 035949
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
503-974-5015
971-230-0337 (fax)
E-mail: courtney@baaslaw.com

Marianne J. Gilmartin
STEVENS & LEE, P.C.
425 Spruce Street, Suite 300
Scranton, PA 18503
Telephone: (570) 969-5362
Facsimile: (570) 343-1892
E-mail: mjg@stevenslee.com

Page 1 – CERTIFICATE OF SERVICE

Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Ave., Suite 600
Portland, Oregon 97204
(503) 974-5015
(971) 230-0337 (facsimile)